UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WES WALTERS,

            Plaintiff,

     v.

ICICLE SEAFOODS, INC., et al.,

            Defendants.

CASE NO. C03-545JLR

ORDER

On May 16, 2005, the court received Plaintiff's Motion to Reconsider Judgment of Default (Dkt. # 161) and deems it a motion to set aside default judgment under Fed. R. Civ. P. 55(c). The court GRANTS Plaintiff's motion and sets aside the default judgment (Dkt. # 157) previously entered in favor of Defendant Phoenix Processor Limited Partnership in the amount of $1,974.00. See Fed. R. Civ. P. 55(c) (allowing court to set aside default judgment for grounds such as mistake and inadvertence under Fed. R. Civ. P. 60(b)). The court erroneously granted Defendant's motion for default judgment prior to allowing seven judicial days for consideration. Local Rules W.D. Wash. CR 7(d)(2)(G). Consequently, the court sets aside Defendant's default judgment and renotes Defendant's motion for default judgment for consideration on Thursday, May 26, 2005.

ORDER – 1

1 | Plaintiff shall file his opposition, if any, by Monday, May 23, 2005, and Defendant shall
2 | file a response by Thursday, May 26, 2005.  Id.

Dated this 17th day of May, 2005.

JAMES L. ROBART
United States District Judge

ORDER – 2