UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WES WALTERS, <br><br> Plaintiff, <br><br> v. <br><br> ICICLE SEAFOODS, INC., et al., <br><br> Defendants. | CASE NO. C03-545JLR <br><br><br><br> ORDER ON MOTION FOR <br> DEFAULT JUDGMENT |
| WES WALTERS, <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PROCESSOR LIMITED PARTNERSHIP, et al., <br><br> Defendants. | CASE NO. C04-303JLR |

   This matter comes before the court on Defendant Phoenix Processor Limited Partnership's ("Phoenix") Motion for Default on the Counterclaim (Dkt. # 155). Although Plaintiff failed to file an opposition to Phoenix's motion, the court will consider Plaintiff's motion for reconsideration (Dkt. # 161) as his response. Having fully considered the briefing filed in support of and in opposition to Phoenix's motion, the court GRANTS default judgment in favor of Phoenix.

ORDER – 1

On March 10, 2005, the court entered default in this case in favor of Phoenix. Based on the affidavit of Phoenix's Human Resource Manager Erin McLaughlin, the total amount owed by Plaintiff to Phoenix is $1,974.00. Phoenix's claim is for a sum certain or which may by computation be made certain. It is, therefore, ORDERED that Phoenix has judgment as summarized below.

1. Judgment Creditor: Phoenix Processor Limited Partnership

2. Judgment Debtor: Wes Walters

3. Principal Judgment Amount: $1,974.00

4. Total Judgment Amount $1,974.00

5. Judgment Amount shall bear interest at 3.32% per annum.

6. Attorney for Judgment Creditor:

   David C. Bratz
   LeGros Buchanan & Paul
   701 Fifth Avenue, Suite 2500
   Seattle, WA 98104
   (206) 623-4990

Dated this 26th day of May, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER – 2