UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WES WALTERS,<br><br>                    Plaintiff,<br><br>      v.<br><br>ICICLE SEAFOODS, INC., et al.,<br><br>                    Defendants. | CASE NO. C03-545JLR<br><br><br><br>ORDER |
| WES WALTERS,<br><br>                    Plaintiff,<br><br>      v.<br><br>PHOENIX PROCESSOR LIMITED PARTNERSHIP, et al.,<br><br>                    Defendants. | CASE NO. C04-303JLR |

This matter comes before the court on Plaintiff's motion to stay enforcement of the default judgment entered against him while on appeal (Dkt. # 160). To obtain a stay of proceedings to enforce a monetary judgment, an appellant must provide a supersedeas bond in the full amount "to secure the appellees from a loss resulting from the stay of execution." Rachel v. Banana Republic, Inc., 831 F.2d 1503, 1505 n. 1 (9th Cir. 1987); Fed. R. Civ. P. 62(d). Plaintiff argues that the court should stay enforcement without

ORDER – 1

requiring a supersedeas bond because of his impecunious status and Defendant Phoenix Processor Limited Partnership's ("Phoenix") admitted "tentative chance of collecting." While the court recognizes that at least one court outside this circuit[1] has suggested that the supersedeas bond requirement may be waived when requiring a party with limited financial means to post a bond would place other creditors at risk, the court finds that situation lacking here where the amount owed by Plaintiff ($1,974) is a mere fraction of the $47,000 allegedly owed by him in unpaid child support. Plaintiff's creditors are already insecure, regardless of whether he posts a bond in the judgment amount. Thus, the court DENIES Plaintiff's motion to stay without a supersedeas bond.

Dated this 7th day of June, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[1] Plaintiff relies on Dillon v. City of Chicago, 866 F.2d 902, 904-05 (7th Cir. 1988) (listing five factors for court to consider in determining whether to wave bond requirement).

ORDER – 2